UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEY INVESTMENT SERVICES LLC, | CASE NO. C23-1157-KKE |
| Plaintiff(s), | JOINT STATUS REPORT ORDER |
| v. | |
| JOHN MIN SUL, et al., | |
| Defendant(s). | |

On May 21, 2026, this matter was re-assigned from the Honorable Barbara J. Rothstein to the undersigned.  On August 7, 2023, Judge Rothstein stayed the case pending arbitration between the parties and the Financial Industry Regulatory Authority ("FINRA").  Dkt. No. 25 at 11.  There have been no filings or proceedings in this matter since August 17, 2023.  Dkt. No. 27.  Further, no scheduling order has been issued in this case, which remains stayed.

As such, the parties are ORDERED to file a joint status report no later than June 5, 2026 apprising the Court as to whether they have completed arbitration and if the stay in this matter can be lifted and/or if this case has been resolved and can be closed.

Dated this 22nd day of May, 2026.

Kymberly K. Evanson
United States District Judge

JOINT STATUS REPORT ORDER - 1